UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
U.S. SPECIALTY INSURANCE COMPANY,

        Plaintiff,

   -against-

NORTH STAR CONCRETE
CONSTRUCTION CORP., NORTH STAR
CONCRETE CORP., SALGADO
BROTHERS, LLC, MARIO E. SALGADO,
and PAULA P. SALGADO,

        Defendants.
---------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
16-CV-5051 (CBA) (SMG)

**AMON, United States District Judge:**

Plaintiff U.S. Specialty Insurance Company brings this action arising out of the execution of an indemnity agreement in connection with the issuance of surety bonds issued by plaintiff on behalf of defendants North Star Concrete Construction Corporation, North Star Concrete Corporation, Salgado Brothers, LLC, (collectively, "the corporate defendants"), Mario E. Salgado, and Paula P. Salgado (collectively, "the individual defendants"). (D.E. # 1 ("Compl.").) The individual defendants stipulated to the entry of judgment against them, (D.E. # 23), and were terminated from the case in January of 2018. The corporate defendants have neither answered nor appeared. Plaintiff has moved for default judgment against the corporate defendants. (D.E. # 25.) The Court referred the motion to the Honorable Steven M. Gold, United States Magistrate Judge, who thereafter submitted a Report and Recommendation ("R&R") recommending that the Court grant Plaintiff's motion for default judgment against all defendants. (D.E. # 29.)

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in

1

whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. Accordingly, the Court grants plaintiff's motion for default judgment against the corporate defendants. The Court directs the Clerk of Court to enter judgment as set forth in the concluding paragraph of the R&R and close this case.

SO ORDERED.

Dated: September 11, 2018
Brooklyn, New York

s/Carol Bagley Amon
Carol Bagley Amon
United States District Judge